**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01268-CV

### SANJAY BHARDWAJ, Appellant

### V.

### ANUPAMA PATHAK, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53882-2013**

## ORDER

We **GRANT** appellant's November 22, 2015 motion for an extension of time to file a brief **TO THE EXTENT** that appellant shall file a brief by **MONDAY, JANUARY 4, 2016**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE